1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| THE AMERICAN INSURANCE COMPANY, | Case No.  SACV13-01505 DSF (DFMx) |
|---|---|
| Plaintiff, | **[PROPOSED] PROTECTIVE ORDER** |
| vs. | |
| COLONY INSURANCE COMPANY, | |
| Defendants. | |
| COLONY INSURANCE COMPANY, | |
| Counterclaimant, | |
| vs. | |
| THE AMERICAN INSURANCE COMPANY, | |
| Counter-Defendant. | |

1  Having reviewed the Stipulated Protective Order filed by Plaintiff and
2  Counter-Defendant The American Insurance Company and Defendant and
3  Counterclaimant Colony Insurance Company, and good cause appearing therefor,
4  IT IS HEREBY ORDERED that the terms and conditions of the Stipulated
5  Protective Order shall govern the exchange of confidential information in this
6  matter.

Dated:  February 13, 2014    _____
DOUGLAS F. McCORMICK
UNITED STATES MAGISTRATE JUDGE

OC #47035